STATE of Missouri, Respondent,

v.

Daniel GORE, Appellant.

No. ED 75018.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 1999.

David Simpson, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

ORDER

PER CURIAM.

Defendant, Daniel Gore, appeals from a judgment of conviction, after a jury trial, of trafficking in the second degree. Section 195.223, RSMo 1994. Defendant was sentenced as a prior offender to five years imprisonment.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).

NATIONAL HEALTHCORP, L.P. d/b/a
National Healthcare of Maryland
Heights, Plaintiff/Appellant,

v.

Mary HARRIS, Defendant/Respondent.

No. ED 74819.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 1999.

Michael J. McKitrick, St. Louis, for appellant.

Mary S. Harris, Milton, FL, for respondent.

Before WILLIAM H. CRANDALL, Jr. P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

ORDER

PER CURIAM.

Plaintiff, National Healthcorp L.P., appeals from the trial court's judgment, following a bench trial, in favor of defendant, Mary Harris, in plaintiff's action for breach of contract, quantum meruit, and account stated. We have reviewed the record and find that no error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).